**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-21564-DRC |
| | § | |
| ENERGY SAVING INSULATION, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/12/2010. The undersigned trustee was appointed on 05/12/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $28,256.76

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $23.60 |
| Bank service fees | $648.19 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $27,584.97 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/11/2011 and the deadline for filing government claims was 03/11/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,575.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,575.68, for a total compensation of $3,575.68[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $926.40, for total expenses of $926.40.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2012                              By:   /s/ David E. Grochocinski
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | ENERGY SAVING INSULATION, INC. | Date Filed (f) or Converted (c): | 05/12/2010 (f) |
| For the Period Ending: | 9/21/2012 | §341(a) Meeting Date: | 07/13/2010 |
|  |  | Claims Bar Date: | 03/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 CHECKING ACCOUNT | $4,400.00 | $0.00 |  | $0.00 | FA |
| 2 TRADE ACCOUNTS RECEIVABLE | Unknown | Unknown | DA | $0.00 | FA |
| 3 SETTLEMENT OF FRAUDULENT TRANSFER CLAIMS | $0.00 | Unknown |  | $25,015.00 | FA |
| 4 PREFERENCE DEMAND (u) | $3,240.00 | $0.00 |  | $3,240.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown |  | $1.76 | Unknown |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$7,640.00     $0.00     $28,256.76     $0.00

**Major Activities affecting case closing:**
ADVERSARY FILED VS HAUSER PENDING; BREACH OF DUTY AND 523(c)(4); SETTLEMENT ACHIEVED ON PREFERENCES; WAITING FOR TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** 04/30/2012     **Current Projected Date Of Final Report (TFR):** 09/30/2012     /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/01/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $1,365.00 |
| 03/01/2011 | (3) | PHILLIP HAUSER | SETTLEMENT PAYMENT | 1141-000 | $10,000.00 | | $11,365.00 |
| 03/11/2011 | (4) | LJCO, LTD | SETTLEMENT PAYMENT | 1241-000 | $3,240.00 | | $14,605.00 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $14,605.10 |
| 04/05/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $15,970.10 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,970.22 |
| 05/02/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $17,335.22 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,335.36 |
| 06/06/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $18,700.36 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,700.50 |
| 07/14/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $20,065.50 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $20,065.65 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.17 | $20,028.48 |
| 08/03/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $21,393.48 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,393.65 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.18 | $21,344.47 |
| 09/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $22,709.47 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.37) | $22,710.84 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $22,711.01 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $45.26 | $22,665.75 |
| 10/06/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $24,030.75 |
| | | | **SUBTOTALS** | | $24,160.99 | $130.24 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-21564-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | ENERGY SAVING INSULATION, INC. | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1557 | **Money Market Acct #:** | ******0965 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 5/12/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/21/2012 | **Separate bond (if applicable):** |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $24,030.94 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $47.08 | $23,983.86 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.10 | | $25,348.96 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $26,713.96 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | Reversed Deposit 100010 1 SETTLEMENT PAYMENT | 1141-000 | ($1,365.10) | | $25,348.86 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.18 | | $25,349.04 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $53.97 | $25,295.07 |
| 12/06/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $26,660.07 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $26,660.27 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $54.12 | $26,606.15 |
| 01/17/2012 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $27,971.15 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $27,971.35 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $59.37 | $27,911.98 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $27,911.98 | $0.00 |

**SUBTOTALS** $4,095.77 $28,126.52

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTALS:** | | $28,256.76 | $28,256.76 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $27,911.98 | |
| | | | **Subtotal** | | $28,256.76 | $344.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $28,256.76 | $344.78 | |

| For the period of 5/12/2010 to 9/21/2012 | | For the entire history of the account between 03/01/2011 to 9/21/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $28,256.76 | Total Compensable Receipts: | $28,256.76 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,256.76 | Total Comp/Non Comp Receipts: | $28,256.76 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $344.78 | Total Compensable Disbursements: | $344.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $344.78 | Total Comp/Non Comp Disbursements: | $344.78 |
| Total Internal/Transfer Disbursements: | $27,911.98 | Total Internal/Transfer Disbursements: | $27,911.98 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | Checking Acct #: | ******0966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 5/12/2010 to 9/21/2012 | | For the entire history of the account between 03/01/2011 to 9/21/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-21564-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1557 | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $27,911.98 | | $27,911.98 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $23.60 | $27,888.38 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.40 | $27,854.98 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.39 | $27,808.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.97 | $27,766.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.80 | $27,721.82 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.73 | $27,677.09 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.22 | $27,633.87 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.90 | $27,584.97 |
| | | | **TOTALS:** | | $27,911.98 | $327.01 | $27,584.97 |
| | | | Less: Bank transfers/CDs | | $27,911.98 | $0.00 | |
| | | | Subtotal | | $0.00 | $327.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $327.01 | |

| For the period of 5/12/2010 to 9/21/2012 | | For the entire history of the account between 02/07/2012 to 9/21/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $27,911.98 | Total Internal/Transfer Receipts: | $27,911.98 |
| | | | |
| Total Compensable Disbursements: | $327.01 | Total Compensable Disbursements: | $327.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $327.01 | Total Comp/Non Comp Disbursements: | $327.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6     Exhibit B

| | |  | |
|---|---|---|---|
| **Case No.** | 10-21564-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | ENERGY SAVING INSULATION, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1557 | **Checking Acct #:** | ******6401 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** | DDA |
| **For Period Beginning:** | 5/12/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/21/2012 | **Separate bond (if applicable):** |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $28,256.76 | $671.79 | $27,584.97 |

**For the period of 5/12/2010 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $28,256.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,256.76 |
| Total Internal/Transfer Receipts: | $27,911.98 |
| | |
| Total Compensable Disbursements: | $671.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $671.79 |
| Total Internal/Transfer Disbursements: | $27,911.98 |

**For the entire history of the case between 05/12/2010 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $28,256.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,256.76 |
| Total Internal/Transfer Receipts: | $27,911.98 |
| | |
| Total Compensable Disbursements: | $671.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $671.79 |
| Total Internal/Transfer Disbursements: | $27,911.98 |

# CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No.: | 10-21564-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | | | Date: | 9/21/2012 |
| Claims Bar Date: | 03/11/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 09/20/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,575.68 | $3,575.68 | $0.00 | $0.00 | $0.00 | $3,575.68 |
| | DAVID E GROCHOCINSKI<br>1900 RAVINIA PLACE<br>ORLAND PARK IL 60462 | 09/20/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $926.40 | $926.40 | $0.00 | $0.00 | $0.00 | $926.40 |
| **Claim Notes:** | COURT REPORTER/TRANSCRIPT | | | | | | | | | | | |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E LAKE COOK ROAD SUITE 560<br>BUFFALO GROVE IL 60089 | 09/20/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,725.00 | $2,725.00 | $0.00 | $0.00 | $0.00 | $2,725.00 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 09/20/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $63.09 | $63.09 | $0.00 | $0.00 | $0.00 | $63.09 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 09/20/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $19,217.75 | $16,500.00 | $0.00 | $0.00 | $0.00 | $16,500.00 |
| 1 | INSULATION DISTRIBUTORS INC<br>Eve M Rankin<br>8303 Audubon Road<br>Chanhassen MN 55317 | 05/24/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,341.89 | $18,341.89 | $0.00 | $0.00 | $0.00 | $18,341.89 |
| 2 | YELLOW BOOK SALES & DISTRIBUTION<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Maryla nd 21094 | 05/26/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,660.84 | $3,660.84 | $0.00 | $0.00 | $0.00 | $3,660.84 |

| Case No.: | 10-21564-DRC | | | | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | | | | | | Date: | 9/21/2012 |
| Claims Bar Date: | 03/11/2011 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | NEXGEN BUILDING SUPPLY DIV OF HWZ Distribution Group LLC Michael T Nigro/Nigro Westfall&Gryska PC 1793 Bloomingdale Rd Glendale Hts IL 60139 | 12/20/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $229,775.64 | $229,775.64 | $0.00 | $0.00 | $0.00 | $229,775.64 |
| **Claim Notes:** | (3-1) Proof of Claim for Nexgen Building Supply | | | | | | | | | | | |
| 4 | FIFTH THIRD BANK P.O. Box 829009 Dallas TX 75382 | 12/27/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,064.41 | $2,064.41 | $0.00 | $0.00 | $0.00 | $2,064.41 |
| 5 | WEST BEND MUTUAL INSURANCE CO 1900 South 18th Avenue West Bend WI 53095 | 01/21/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,198.00 | $3,198.00 | $0.00 | $0.00 | $0.00 | $3,198.00 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City OK 731248809 | 03/14/2011 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $21,774.01 | $21,774.01 | $0.00 | $0.00 | $0.00 | $21,774.01 |
| | | | | | | $305,322.71 | $302,604.96 | $0.00 | $0.00 | $0.00 | | $302,604.96 |

# CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| **Case No.** | 10-21564-DRC | |
| **Case Name:** | ENERGY SAVING INSULATION, INC. | |
| **Claims Bar Date:** | 03/11/2011 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 9/21/2012 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other Firm) | $2,725.00 | $2,725.00 | $0.00 | $0.00 | $0.00 | $2,725.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $63.09 | $63.09 | $0.00 | $0.00 | $0.00 | $63.09 |
| Attorney for Trustee Fees (Trustee Firm) | $19,217.75 | $16,500.00 | $0.00 | $0.00 | $0.00 | $16,500.00 |
| General Unsecured § 726(a)(2) | $257,040.78 | $257,040.78 | $0.00 | $0.00 | $0.00 | $257,040.78 |
| Tardy General Unsecured § 726(a)(3) | $21,774.01 | $21,774.01 | $0.00 | $0.00 | $0.00 | $21,774.01 |
| Trustee Compensation | $3,575.68 | $3,575.68 | $0.00 | $0.00 | $0.00 | $3,575.68 |
| Trustee Expenses | $926.40 | $926.40 | $0.00 | $0.00 | $0.00 | $926.40 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     10-21564-DRC
Case Name:    ENERGY SAVING INSULATION, INC.
Trustee Name: David E. Grochocinski

Balance on hand:     $27,584.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $27,584.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $3,575.68 | $0.00 | $3,575.68 |
| DAVID E GROCHOCINSKI, Trustee Expenses | $926.40 | $0.00 | $926.40 |
| InnovaLaw, PC, Attorney for Trustee Fees | $16,500.00 | $0.00 | $16,500.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $63.09 | $0.00 | $63.09 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $2,725.00 | $0.00 | $2,725.00 |

Total to be paid for chapter 7 administrative expenses:     $23,790.17
Remaining balance:     $3,794.80

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,794.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,794.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $257,040.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Insulation Distributors Inc | $18,341.89 | $0.00 | $270.79 |
| 2 | Yellow Book Sales & Distribution | $3,660.84 | $0.00 | $54.05 |
| 3 | Nexgen Building Supply div of | $229,775.64 | $0.00 | $3,392.27 |
| 4 | Fifth Third Bank | $2,064.41 | $0.00 | $30.48 |
| 5 | West Bend Mutual Insurance Co | $3,198.00 | $0.00 | $47.21 |

|  | Total to be paid to timely general unsecured claims: | $3,794.80 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $21,774.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | FIA Card Services, NA/Bank of America | $21,774.01 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Case 10-21564 Doc 44 Filed 10/29/12 Entered 10/29/12 11:27:56 Desc Main
Document Page 15 of 15