**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-21564-DRC |
| | § | |
| ENERGY SAVING INSULATION, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on November 30, 2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2012    By: /s/ David E. Grochocinski
                  (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-21564-DRC |
| | § | |
| ENERGY SAVING INSULATION, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $28,256.76
*and approved disbursements of*     $671.79
*leaving a balance on hand of[1]:*     $27,584.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $27,584.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $3,575.68 | $0.00 | $3,575.68 |
| DAVID E GROCHOCINSKI, Trustee Expenses | $926.40 | $0.00 | $926.40 |
| InnovaLaw, PC, Attorney for Trustee Fees | $16,500.00 | $0.00 | $16,500.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $63.09 | $0.00 | $63.09 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $2,725.00 | $0.00 | $2,725.00 |

Total to be paid for chapter 7 administrative expenses:     $23,790.17
Remaining balance:     $3,794.80

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,794.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,794.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $257,040.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Insulation Distributors Inc | $18,341.89 | $0.00 | $270.79 |
| 2 | Yellow Book Sales & Distribution | $3,660.84 | $0.00 | $54.05 |
| 3 | Nexgen Building Supply div of | $229,775.64 | $0.00 | $3,392.27 |
| 4 | Fifth Third Bank | $2,064.41 | $0.00 | $30.48 |
| 5 | West Bend Mutual Insurance Co | $3,198.00 | $0.00 | $47.21 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,794.80 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $21,774.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | FIA Card Services, NA/Bank of America | $21,774.01 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 10-21564-DRC
Energy Saving Insulation, Inc.                                                      Chapter 7
         Debtor
                                **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: tmaurer                   Page 1 of 3              Date Rcvd: Oct 30, 2012
                             Form ID: pdf006                 Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
db          +Energy Saving Insulation, Inc.,    6817 Hobson Valley Drive,   Suite 112,
              Woodridge, IL 60517-1452
15561049     ADO Products,   2069 Solutions Center,    Chicago IL 60677-2000
15561053    +American Express,    P O Box 297871,   Fort Lauderdale FL 33329-7871
15561054     American Express,   P O Box 981535,    El Paso TX 79998-1535
15561055    +American Express - Open,   P O Box 297871,   Fort Lauderdale FL 33329-7871
15561058    +Bank of America,   P O Box 15027,    Wilmington DE 19850-5027
15561057     Bank of America,   Business Card,   P O Box 15710,   Wilmington DE 19886-5710
15561059    +Bank of America,   201 N Tryon Streeet,   Charlotte NC 28202-2146
15561060    +Bank of America,   P O Box 45224,    Jacksonville FL 32232-5224
15561061     Bonded Collection Corporation,   P O Box 1022,    Wixom MI 48393-1022
15561062    +DEX,   Attn Customer Care,   1615 Bluff City Highway,    Bristol TN 37620-6055
15561064     Exxon Mobil,   Credit Card Center,    P O Box 688941,   Des Moines IA 50368-8941
15561066    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plz,   Cincinnati OH  45263)
15561065     Fifth Third Bank,    P O Box 740789,   Cincinnati OH 45274-0789
16593811    +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
15561067    +GC Services Ltd Partnership,   6330 Gulfton,    Houston TX 77081-1198
15561071    +James Schelli Jr,   1730 Park Street Suite 220,    Naperville IL 60563-2615
15561072     MIDCO-BAY Insulation,   W22N758 Eadtmound Drive,    Waukesha WI 53186
15561073    +MidCo-Bay Insulation Inc,    2929 Walker Drive,   P O Box 9229,   Green Bay WI 54308-9229
15561075    +Nationwide Credit Inc,    2015 Vaughn Rd MW,   Ste 400,   Kennesaw GA 30144-7802
15561076    +Nexgen Building Supply,    2300 Hammond Drive,   Schaumburg IL 60173-3816
16569704    +Nexgen Building Supply div of,    HWZ Distribution Group LLC,
              Michael T Nigro/Nigro Westfall&Gryska PC,    1793 Bloomingdale Rd,   Glendale Hts IL 60139-3800
15561077    +Phillip Hauser,   21W200 North Lane,    Itasca IL 60143-2482
15561078    +Phillips & Cohen & Assoc s,   P O 48458,    Oak Park MI 48237-6058
15561079     Thomas D Chase,   West Bend Insurance,    574 N Mclean Blvd 2B,   Elgin, IL 60123-3288
15561080    +Wells Fargo,   WF Business Direct,    P O Box 348750,   Sacramento CA 95834-8750
15561081    +Wells Fargo Business Line,    P O Box 348750,   Sacramento CA 95834-8750
16704949    +West Bend Mutual Insurance Co,    1900 South 18th Avenue,   West Bend WI 53095-9791
15630992    +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
              Timonium, Maryland 21094-5126
15561082    +Yellow Book West,    Attn Customer Service,   P O Box 3162,   Cedar Rapids IA 52406-3162
15561083    +Yellowbook,   2201 Renaissance Blvd,    King of Prussia PA 19406-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15561051     E-mail/Text: bkr@cardworks.com Oct 31 2012 02:07:49    Advanta Bank Corp,   P O 844,
              Spring House PA 19477
15561050     E-mail/Text: bkr@cardworks.com Oct 31 2012 02:07:49    Advanta Bank Corp,   P O Box 8088,
              Philadelphia PA 19101-8088
15561052     E-mail/Text: bkr@cardworks.com Oct 31 2012 02:07:49    Advanta Business Cards,   P O Box 30715,
              Salt Lake City UT 84130
16954879     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2012 02:37:11
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
15561068    +E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2012 02:09:02    GMAC,   P O Box 9001951,
              Louisville KY 40290-1951
15561069    +E-mail/Text: erankin@idimn.com Oct 31 2012 02:07:53    IDI Distributors Inc,
              8303 Audobon Road,   Chanhassen MN 55317-9494
15561070    +E-mail/Text: erankin@idimn.com Oct 31 2012 02:07:53    Insulation Distributors Inc,
              Eve M Rankin,   8303 Audubon Road,   Chanhassen MN 55317-9494
15561074    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 31 2012 03:19:37    Mr William Neary,
              219 South Dearborn Street,   Room 873,   Chicago IL 60604-2027
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15561063*   +Energy Saving Insulation Inc,   6817 Hobson Valley Drive,   Suite 112,   Woodridge IL 60517-1452
15561056   ##Bank of America,    P O Box 15184,   Wilmington DE 19850-5184
15561084   ##+Zwicker & Associates,   7366 N Lincoln Avenue,   Suite 404,   Lincolnwood IL 60712-1741
                                                                                 TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: tmaurer              Page 2 of 3              Date Rcvd: Oct 30, 2012
                              Form ID: pdf006            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                          **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer             Page 3 of 3            Date Rcvd: Oct 30, 2012
                              Form ID: pdf006          Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski   dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David Grochocinski courtdocs@davidlloydlaw.com
          David S Adduce    on behalf of Creditor  Bank of America, N.A. dadduce@komdr.com
          Dennise L. McCann    on behalf of Creditor Christina Hauser mccann@aandalaw.com,
           wheaton@aandalaw.com
          James  Schelli    on behalf of Debtor  Energy Saving Insulation, Inc. jschelli@wslaw1.com
          James M Philbrick    on behalf of Creditor  GMAC jmphilbrick@att.net
          James R. Mata    on behalf of Attorney  Nexgen building Supply, a Division of HWZ Distribution
           Group, LLC jmata@nigrowestfall.com,  cat@nigrowestfall.com
          Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Michael A Phelps    on behalf of Trustee David Grochocinski mphelps@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```