UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-21564-DRC |
| | § | |
| ENERGY SAVING INSULATION, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $3,794.80 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $24,461.96 | | |

3) Total gross receipts of $28,256.76 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $28,256.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $27,179.71 | $24,461.96 | $24,461.96 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $278,814.79 | $278,814.79 | $3,794.80 |
| **Total Disbursements** | NA | $305,994.50 | $303,276.75 | $28,256.76 |

4). This case was originally filed under chapter 7 on 05/12/2010. The case was pending for -1324 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2013        By: /s/ David E. Grochocinski
                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT OF FRAUDULENT TRANSFER CLAIMS | 1141-000 | $25,015.00 |
| PREFERENCE DEMAND | 1241-000 | $3,240.00 |
| Interest Earned | 1270-000 | $1.76 |
| **TOTAL GROSS RECEIPTS** | | **$28,256.76** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $3,575.68 | $3,575.68 | $3,575.68 |
| DAVID E GROCHOCINSKI, Trustee | 2200-000 | NA | $926.40 | $926.40 | $926.40 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $23.60 | $23.60 | $23.60 |
| Green Bank | 2600-000 | NA | $303.41 | $303.41 | $303.41 |
| The Bank of New York Mellon | 2600-000 | NA | $344.78 | $344.78 | $344.78 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $19,217.75 | $16,500.00 | $16,500.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $63.09 | $63.09 | $63.09 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $2,725.00 | $2,725.00 | $2,725.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $27,179.71 | $24,461.96 | $24,461.96 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Insulation Distributors Inc | 7100-000 | NA | $18,341.89 | $18,341.89 | $270.79 |
| 2 | Yellow Book Sales & Distribution | 7100-000 | NA | $3,660.84 | $3,660.84 | $54.05 |
| 3 | Nexgen Building Supply div of | 7100-000 | NA | $229,775.64 | $229,775.64 | $3,392.27 |
| 4 | Fifth Third Bank | 7100-000 | NA | $2,064.41 | $2,064.41 | $30.48 |
| 5 | West Bend Mutual Insurance Co | 7100-000 | NA | $3,198.00 | $3,198.00 | $47.21 |
| 6 | FIA Card Services, NA/Bank of America | 7200-000 | NA | $21,774.01 | $21,774.01 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $278,814.79 | $278,814.79 | $3,794.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1      Exhibit 8

| Case No.: | 10-21564-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ENERGY SAVING INSULATION, INC. | | Date Filed (f) or Converted (c): | 05/12/2010 (f) |
| For the Period Ending: | 2/5/2013 | | §341(a) Meeting Date: | 07/13/2010 |
| | | | Claims Bar Date: | 03/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | | $4,400.00 | $0.00 | FA | $0.00 |
| 2 | TRADE ACCOUNTS RECEIVABLE | | Unknown | Unknown | FA | $0.00 |
| 3 | SETTLEMENT OF FRAUDULENT TRANSFER CLAIMS | | $0.00 | Unknown | | $25,015.00 |
| 4 | PREFERENCE DEMAND | (u) | $3,240.00 | $0.00 | | $3,240.00 |
| INT | Interest Earned | (u) | Unknown | Unknown | | $1.76 |

TOTALS (Excluding unknown value)    $7,640.00    $0.00    $28,256.76

Gross Value of Remaining Assets    $0.00

**Major Activities affecting case closing:**
ADVERSARY FILED VS HAUSER PENDING; BREACH OF DUTY AND 523(c)(4); SETTLEMENT ACHIEVED ON PREFERENCES; WAITING FOR TAX RETURNS

Initial Projected Date Of Final Report (TFR):    04/30/2012      Current Projected Date Of Final Report (TFR):    09/30/2012

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

Page No: 1     Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | ENERGY SAVING INSULATION, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/01/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $1,365.00 |
| 03/01/2011 | (3) | PHILLIP HAUSER | SETTLEMENT PAYMENT | 1141-000 | $10,000.00 | | $11,365.00 |
| 03/11/2011 | (4) | LJCO, LTD | SETTLEMENT PAYMENT | 1241-000 | $3,240.00 | | $14,605.00 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $14,605.10 |
| 04/05/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $15,970.10 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,970.22 |
| 05/02/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $17,335.22 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,335.36 |
| 06/06/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $18,700.36 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,700.50 |
| 07/14/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $20,065.50 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $20,065.65 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.17 | $20,028.48 |
| 08/03/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $21,393.48 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,393.65 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.18 | $21,344.47 |
| 09/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $22,709.47 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.37) | $22,710.84 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $22,711.01 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $45.26 | $22,665.75 |
| 10/06/2011 | (3) | GREEN ENERGY SAVINGS INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $24,030.75 |
| | | | **SUBTOTALS** | | $24,160.99 | $130.24 | |

Page No: 2      Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-21564-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ENERGY SAVING INSULATION, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $24,030.90 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $47.08 | $23,983.86 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.10 | | $25,348.96 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $26,713.96 |
| 11/14/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | Reversed Deposit 100010 1 SETTLEMENT PAYMENT | 1141-000 | ($1,365.10) | | $25,348.86 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.18 | | $25,349.04 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $53.97 | $25,295.07 |
| 12/06/2011 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $26,660.07 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $26,660.27 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $54.12 | $26,606.15 |
| 01/17/2012 | (3) | GREEN ENERGY SAVING INSULATION INC. | SETTLEMENT PAYMENT | 1141-000 | $1,365.00 | | $27,971.15 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $27,971.35 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $59.37 | $27,911.98 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $27,911.98 | $0.00 |
| | | | | SUBTOTALS | $4,095.77 | $28,126.52 | |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 10-21564-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ENERGY SAVING INSULATION, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |
| | | | TOTALS: | | $28,256.76 | $28,256.76 | |
| | | | Less: **Bank transfers/CDs** | | $0.00 | $27,911.98 | |
| | | | Subtotal | | $28,256.76 | $344.78 | |
| | | | Less: **Payments to debtors** | | $0.00 | $0.00 | |
| | | | Net | | $28,256.76 | $344.78 | |

For the period of **5/12/2010** to **2/5/2013**                              For the entire history of the account between **03/01/2011** to **2/5/2013**

| Total Compensable Receipts: | $28,256.76 | | Total Compensable Receipts: | $28,256.76 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,256.76 | | Total Comp/Non Comp Receipts: | $28,256.76 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $344.78 | | Total Compensable Disbursements: | $344.78 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $344.78 | | Total Comp/Non Comp Disbursements: | $344.78 |
| Total Internal/Transfer Disbursements: | $27,911.98 | | Total Internal/Transfer Disbursements: | $27,911.98 |

Exhibit 9

Page No: 4

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-21564-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ENERGY SAVING INSULATION, INC. | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1557 | | | Checking Acct #: | ******0966 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 5/12/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | |
| --- | --- | --- |
| **TOTALS:** | $0.00 | $0.00 |
| Less: **Bank transfers/CDs** | $0.00 | $0.00 |
| **Subtotal** | $0.00 | $0.00 |
| Less: **Payments to debtors** | $0.00 | $0.00 |
| **Net** | $0.00 | $0.00 |

For the period of **5/12/2010** to **2/5/2013** | | For the entire history of the account between **03/01/2011** to **2/5/2013** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5         Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-21564-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ENERGY SAVING INSULATION, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1557 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 5/12/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $27,911.98 | | $27,911.98 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $23.60 | $27,888.38 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.40 | $27,854.98 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.39 | $27,808.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.97 | $27,766.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.80 | $27,721.82 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.73 | $27,677.09 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.22 | $27,633.87 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.90 | $27,584.97 |
| 11/30/2012 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $3,575.68 | $24,009.29 |
| 11/30/2012 | 5003 | DAVID E GROCHOCINSKI | Trustee Expenses | 2200-000 | | $926.40 | $23,082.89 |
| 11/30/2012 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $16,500.00 | $6,582.89 |
| 11/30/2012 | 5005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $63.09 | $6,519.80 |
| 11/30/2012 | 5006 | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC | Distribution on Claim #: ; | 3410-000 | | $2,725.00 | $3,794.80 |
| 11/30/2012 | 5007 | Insulation Distributors Inc | Distribution on Claim #: 1; | 7100-000 | | $270.79 | $3,524.01 |
| 11/30/2012 | 5008 | Yellow Book Sales & Distribution | Distribution on Claim #: 2; | 7100-000 | | $54.05 | $3,469.96 |
| 11/30/2012 | 5009 | Nexgen Building Supply div of | Distribution on Claim #: 3; | 7100-000 | | $3,392.27 | $77.69 |
| 11/30/2012 | 5010 | Fifth Third Bank | Distribution on Claim #: 4; | 7100-000 | | $30.48 | $47.21 |
| 11/30/2012 | 5011 | West Bend Mutual Insurance Co | Distribution on Claim #: 5; | 7100-000 | | $47.21 | $0.00 |

SUBTOTALS    $27,911.98    $27,911.98

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 10-21564-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | ENERGY SAVING INSULATION, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1557 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |
| | | | TOTALS: | | $27,911.98 | $27,911.98 | |
| | | | Less: Bank transfers/CDs | | $27,911.98 | $0.00 | |
| | | | Subtotal | | $0.00 | $27,911.98 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $27,911.98 | |

For the period of **5/12/2010** to **2/5/2013**                     For the entire history of the account between **02/07/2012** to **2/5/2013**

| | | | | |
| --- | --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $27,911.98 | | Total Internal/Transfer Receipts: | $27,911.98 |
| | | | | |
| Total Compensable Disbursements: | $27,911.98 | | Total Compensable Disbursements: | $27,911.98 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,911.98 | | Total Comp/Non Comp Disbursements: | $27,911.98 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-21564-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | ENERGY SAVING INSULATION, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1557 | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**        **NET DEPOSITS**        **NET DISBURSE**        **ACCOUNT BALANCES**

$28,256.76        $28,256.76        $0.00

**For the period of 5/12/2010 to 2/5/2013**            **For the entire history of the case between 05/12/2010 to 2/5/2013**

| Total Compensable Receipts: | $28,256.76 | Total Compensable Receipts: | $28,256.76 |
| --- | --- | --- | --- |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,256.76 | Total Comp/Non Comp Receipts: | $28,256.76 |
| Total Internal/Transfer Receipts: | $27,911.98 | Total Internal/Transfer Receipts: | $27,911.98 |
| | | | |
| Total Compensable Disbursements: | $28,256.76 | Total Compensable Disbursements: | $28,256.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,256.76 | Total Comp/Non Comp Disbursements: | $28,256.76 |
| Total Internal/Transfer Disbursements: | $27,911.98 | Total Internal/Transfer Disbursements: | $27,911.98 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI